# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00107-CV

## In re Carl T. Wibbenmeyer

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny Carl T. Wibbenmeyer's petition for writ of mandamus.

G. Alan Waldrop, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:   February 16, 2007